# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10–bk–02232–GBN

**MITCHELL C LOFGRAN**  
1385 S CLAIBORNE AVE  
GILBERT, AZ 85296  
**SSAN:** xxx–xx–9381  
**EIN:**

Chapter: 7

**SUMMER H LOFGRAN**  
1385 S CLAIBORNE AVE  
GILBERT, AZ 85296  
**SSAN:** xxx–xx–0565  
**EIN:**

Debtor(s)

## NOTICE THAT CASE HAS BEEN CLOSED WITHOUT ENTRY OF A DISCHARGE

---

NOTICE IS GIVEN that the above captioned case has been closed without the entry of an order of discharge. Debtor(s) did not receive a discharge in this case because debtor(s) failed to file a Certification of Completion of Instructional Course Concerning Personal Financial Management as required by Title 11, United States Code, Sections 727(a)(11) and 1328(g)(1).

**Date: November 23, 2010**

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003–1727  
Telephone number: (602) 682–4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**